UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 23-cv-21040-DAMIAN/TORRES

MARY DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,
and ONESPAWORLD (BAHAMAS) LTD,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mary Doe, and Defendants, Carnival Corporation and OneSpaWorld (Bahamas), Ltd., jointly notify this Court that the parties reached a confidential settlement and all pending claims between Plaintiff and all Defendants have been settled. The parties request forty-five (45) days to finalize settlement documents and file their Joint Stipulation of Dismissal. The parties further request that this Court retain jurisdiction to enforce the parties' settlement agreement.

                              Respectfully submitted,

                              DANIEL W. COURTNEY, P.A.
                              *Attorney for Plaintiffs*
                              10800 Biscayne Blvd.
                              Suite 700
                              Miami, Florida 33161
                              Telephone: (305) 579-0008
                              Facsimile: (305) 358-7222

                              By: */s/ Daniel Courtney*
                                    DANIEL COURTNEY
                                    Florida Bar No. 0499781
                                    dc@danielcourtneylaw.com

CASE NO.: 23-cv-21040-MD

MASE SEITZ BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone:     (305) 377-3770
Facsimile:      (305) 377-0080

By: */s/ William R. Seitz*
    WILLIAM R. SEITZ
    Florida Bar No. 73928
    wseitz@maselaw.com
    LAUREN N. CABEZA
    Florida Bar No. 1025668
    lcabeza@maselaw.com
    CHARLOTTE A. ROBINSON
    Florida Bar No. 103986