UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-21040-CIV-DAMIAN/TORRES

**MARY DOE**,

    Plaintiff,

v.

**CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINE**, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Parties' Joint Notice of Settlement (the "Notice") [ECF No. 117], filed on May 17, 2024, indicating the parties have reached an agreement to resolve all issues in this matter. The Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **forty-five (45) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

4. The June 3, 2024 trial setting is **CANCELED**.

**DONE AND ORDERED** in the Southern District of Florida, this 18th day of May, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE