UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 23-cv-21040-DAMIAN/TORRES

MARY DOE,

    Plaintiff,

vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINE,
and ONESPAWORLD (BAHAMAS) LTD,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

    Plaintiff, Mary Doe, and Defendants, Carnival Corporation d/b/a Carnival Cruise Line ("Carnival") and OneSpaWorld (Bahamas) Ltd ("OSW"), by and through their undersigned counsel, hereby notify the Court that the parties agree and stipulate to the dismissal of this action with prejudice, and each party will bear its own costs and attorneys' fees.

    DATED this 2nd day of July 2024.


[signature blocks on the following page]

CASE NO.: 23-cv-21040-MD

Respectfully submitted,

DANIEL W. COURTNEY, P.A.
*Attorney for Plaintiff*
10800 Biscayne Blvd.
Suite 700
Miami, Florida 33161
Telephone: (305) 579-0008
Facsimile: (305) 358-7222

By: */s/ Daniel Courtney*
    DANIEL COURTNEY
    Florida Bar No. 0499781
    dc@danielcourtneylaw.com


MASE SEITZ BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone:     (305) 377-3770
Facsimile:     (305) 377-0080

By: */s/ William R. Seitz*
    WILLIAM R. SEITZ
    Florida Bar No. 73928
    wseitz@maselaw.com
    LAUREN N. CABEZA
    Florida Bar No. 1025668
    lcabeza@maselaw.com
    CHARLOTTE A. ROBINSON
    Florida Bar No. 103986
    crobinson@maselaw.com