UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-21040-CIV-DAMIAN/TORRES

**MARY DOE**,

   Plaintiff,

v.

**CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINE**, *et al.*,

   Defendants.
_____/

## ORDER ON JOINT STIPULATION

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 119] (the "Stipulation"), filed July 2, 2024. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 4th day of August, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**